## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| In Re: ) | |
| ) | |
| JOHN ANTHONY MATTINGLY ) | |
| ) | |
| RHONDA LAVETTE MATTINGLY ) | |
| ) | |
| ) Case No. | 15-11176-R |
| Debtors. ) | (Chapter 13) |

### TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN

COMES NOW Lonnie D. Eck, Standing Chapter 13 Trustee for the Northern District of Oklahoma, and for his objection states:

1. The Debtors filed a Chapter 13 Plan on June 19, 2015 (the "Plan").

2. The Plan must be amended to adequately provide for the priority claim of the Internal Revenue Service (Amended Claim No. 2). Additionally, the Plan must be amended to properly provide for the secured claim of the Internal Revenue Service.

3. The Plan must be amended to adequately provide for the secured claim of the Tulsa County Treasurer (Claim No. 3).

4. Beneficial Financial I, Inc. has objected to confirmation of the Plan. This objection must be resolved prior to confirmation. The Trustee notes that Beneficial Financial I, Inc. has not yet filed a proof of claim.

WHEREFORE, the Standing Chapter 13 Trustee prays that the Court deny confirmation of the Plan.

        s/ Lacey S. Bryan
Lonnie D. Eck, Standing Chapter 13 Trustee
Lacey S. Bryan, OBA #31501
Office of the Standing Chapter 13 Trustee
Northern District of Oklahoma
PO Box 2038
Tulsa, Oklahoma  74101-2038
Telephone: (918) 599-9901
Fax: (918) 587-0364

## CERTIFICATE OF MAILING

I, Lacey S. Bryan, hereby certify that on the date the above and foregoing pleading was filed with the Court, a true and correct copy thereof was mailed, by first-class mail, postage prepaid to each of the following:

John Anthony Mattingly
Rhonda Lavette Mattingly
2513 East 48th Street North
Tulsa, OK 74130-2018

Service will be accomplished electronically through the Court's CM/ECF system on the following:

Richard Chapman
Attorney for the Debtors

        s/ Lacey S. Bryan
Lacey S. Bryan, OBA #31501